IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CRIMINAL ACTION NO. 1:25-cr-00053-1-LMM-CMS |
| XAVIER TEKENA GRANVILLE, | : | |
| Defendant. | : | |

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation. Dkt. No. [45]. The Magistrate Judge recommends denying Defendant's motion to dismiss under the Second Amendment to the United States Constitution, Dkt. No. [20]. Id.

No objections have been filed. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [45], as its opinion: the motion to dismiss, Dkt. No. [20] is **DENIED**. The Court will rule on the pending motion to suppress

evidence, Dkt. No. [19], in a separate order once the Report and Recommendation on that motion is ripe.

**IT IS SO ORDERED**, this 10th day of September, 2026.

**Leigh Martin May**
**Chief United States District Judge**